Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001365
13-MAY-2015
10:20 AM

NO. CAAP-14-0001365

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ANDREW WYCKLENDT, Petitioner-Appellant,
v.
ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAI'I,
Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DAA-14-0005)

ORDER GRANTING THE MAY 8, 2015 MOTION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Motion for Dismissal of Appeal, filed May 8, 2015, by Petitioner-Appellant Andrew Wycklendt (Appellant), the papers in support, and the record, it appears that (1) the appeal was docketed February 3, 2015; (2) Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) authorizes the court to dismiss a docketed appeal upon a motion; (3) Appellant seeks to dismiss the appeal as moot; and (4) the motion includes Appellant's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 13, 2015.

Presiding Judge

Associate Judge

Associate Judge